# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodolfo Salinas, Jr., | CASE NO.: 2:18-cv-03282-SVW-JEM |
| Plaintiff | JUDGMENT |
| vs. | |
| Core Distribution, Inc., | |
| Defendant. | |

Pursuant to the Offer of Judgment, filed on December 26, 2018, and the Acceptance of Offer of Judgment, filed on December 26, 2018, judgment is entered for Rodolfo Salinas, Jr., and against Core Distribution, Inc., pursuant to the conditions set for in the Offer of Judgment.

DATE: January 2, 2019

Deputy Clerk of the Court
Paul M. Cruz